IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENNIE JEAN WHITE                                                    PLAINTIFF

v.                          Case No.: 4:11-CV-609 DPM

FIA CARD SERVICES NA                                               DEFENDANT

JUDGMENT

The parties have settled and filed a joint stipulation of dismissal, *Document No. 17*. The pending motion, *Document No. 3*, is denied as moot. This case is dismissed with prejudice, with each party to bear its own costs.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2012